# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOWARD COHAN,**

    **Plaintiff,**

**v.**                                                          Case No:   6:15-cv-86-Orl-31DAB

**SPARKLE TWO, LLC,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Verified Motion for Default Final Judgment (Doc. No. 13) filed July 8, 2015, which was renewed on August 6, 2015 (Doc. No. 15).

On July 28, 2015, the United States Magistrate Judge issued a report (Doc. No. 14) recommending that the motion be denied without prejudice. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. The Motion for Final Default Judgment filed at Doc. No. 13, to the extent it is not otherwise moot, is **DENIED without prejudice**.   The Renewed Motion for Default Judgment filed at Doc. No. 15 remains pending before the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 12, 2015.

                                                               GREGORY A. PRESNELL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party